IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GLORIA BOYER, | * |
| Plaintiff, | * |
| v. | Case No.  5:22-cv-118-TES |
| | * |
| SCI SHARED SERVICES, INC., d/b/a MACON MEMORIAL PARK FUNERAL HOME AND CEMETERY; GEORGIA CEMETERY SERVICES, LLC; DAVID ASBILL; JOHN DOE; and JOHN DOE, INC., | * |
| | * |
| Defendants. | |

## J U D G M E N T

Pursuant to this Court's Order dated May 13, 2022, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Bibb County, Georgia.

This 16th day of May, 2022.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk